Pam Baugher
1412 Perkins
Richland WA 99354
TEL (509) 222-0107

please accept this emer ~~~ bus ~~~
court phone well p ~~~ me

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 12 2016

SEAN F. McAVOY, CLERK
_____ DEPUTY
RICHLAND, WASHINGTON

# UNITED STATES DISTRICT
# EASTERN DISTRICT OF WASHINGTON

PAMELA A. BAUGHER

PLAINTIFF

KADLEC HEALTH SYSTEM dba
REGIONAL MEDICAL CENTER

DEFENDANT

COMPLAINT

4:16-CV-5095-TOR

PLAINTIFF complains & alleges, as follows:

# COMPLAINT

## ALLEGATIONS of LAWS & FACTS

1. PLAINTIFF BECAME SO ACUTELY ILL and POORLY and "I FEEL LIKE I AM DYING" on JULY 4th, 2016 with strange big heavy chest pains and head too full and also was coughing up big gunks and gobs from lung yellowish brownish color and i tjhat she believed she had medical emergency and went to Defendant for help -- couldnt drive further etc.

2. PLAINTIFF WENT TO KADLEC EMERGENCY DEPARTMENT for emergency medical help 888 Swift Blvd in Richland Wa,

PLAINTIFF asked for Defendants' emergency staff EMERGENCY MEDICAL HELP --
PLAINTIFF's BLOOD PRESSURE was taken by Kadlec ED "Sign-In" Receptionist at = 219/111
Plaontiff ask for medicine her blood pressure and explained her blood pressure biostolic prescription had run out with no refills and could she get something to lower her blood pressure
KADLEC REFUSE give her bloodpressure medicine. "WE ARENT YOUR PCP" and exam Dr reiterate same thing -and earlier a few commentaries past few months about "lawsuit" such as "you sue us and then expect us to help you" ...it's not the time for this please.....and Kadlec staff make statements we arent PCP "etc.-- and i attempt explain i dont have a PCP and i understand that the Drs and Clinicsdont want me and other thought to be mental ill for patients -- but i feel like i wont live -- i will die -- if this doesnt change very soon i am not going to make it. what is causing this? can i just get a Blood Pressure medicines -- under these circimstances cant you make exception --"you need a PCP" and "we arent your PCP" and we arent going to let you use ER as your PCP" "we have to go by our rules" etc/"Kadlec staff that day ---and Plaintiff herself--- also failed to take note and realize she had some sort bee sting or wasp sting on her left elbow -- for which she carries EPI-PEN -- and a terrible taste developed like kerosene or gasoline in mouth -- thought it was some chemical disinfectant being used in exam room -- told them i couldnt stay in room - allergic -- awful taste in mouth - dont want get worse than already am -- i am allergic something Kadlec is using in Exam rooms ...- couldnt help it --but maybe was bee or wasp sting -neighbor saw it later in day =-bee or wasp sting some sort --

3. KADLEC STAFF REFUSE GIVE BLOOD PRESSURE MEDICINE AND REFUSE ANY FURTHER HELP or ACCOMMODATION SOMETHING TASTE AWFUL MOUTH believe it must be some chemical using -- i couldnt stand to feel or get any worse than i already was -- i would die for sure -- and Kadlec THEN POLICE WERE CALLED BY KADLEC TO FORCE ME LEAVE OR GO TO JAIL AND DO NOT ATTEMPT COME BACK OR YOU WILL GO TO JAIL (yet i was already peacably leaving when the piolice all arrivied several cars -- i told them i had awful taste felt like dyiing etc)(

4. Plaintiff alleges the above said conduct/policies of Defendant Kadlec VIOLATE FEDERAL LAWS EMTALA and ADA **commonly known as "EMTALA" (which requires ERs to give emergency medical help and treatment to all persons coming to ER and forbids retaliation for asserting rights under EMTALA),

3. PRAYER for RELIEF
as result the above-described plaintiff suffered fear distress pain incl emotional pain and suffering and asks for relief injunctive punitive monetary incl for emotional pain suffering humiliation in hoiur of need fear cruelty etc
(best i can do still feel very very poorly wish some other more capable could look into these conducts practices CMS should imo)  *request for jury trial*

I I Swear the foregoing is true to the best my knowledge belief recollection under penalty perjury in St of Wa on this July 12, 2017
(my subjective feeling t'si unlikely i can live too much longer - this is best i can do please someone take off my hands CMS or appropriate thanks)

SIGNED: *Pam Baiugher* 7/12/2016
Pam Baiugher, Plaintiff

KADLEC REGIONAL MEDICAL CENTER
888 SWIFT BLVD
RICHLAND, WA  99352
(509) 946-4611



PATIENT IDENTIFICATION

## General Consent to Treatment and Conditions of Admissions

Washington State law guarantees that you have both the right and the obligation to make decisions concerning your health care. This form has been designed to acknowledge your acceptance of treatment at Kadlec Regional Medical Center as recommended by your (the patient's) physician(s). Kadlec Regional Medical Center does not discriminate in treatment on the basis of race, color, national origin, or handicap.

**HOSPITAL CARE AND TREATMENT:** I am presenting myself for emergency services or admission to the hospital and I voluntarily consent to the rendering of such care, including diagnostic tests and medical treatment. I understand that any examination and treatment that I receive on an emergency basis is not intended as a substitution or replacement for complete medical care.

**PHYSICIAN CARE:** Patient care is under the control and direction of my attending physician. Other physicians who may provide services during my hospitalization may include pathologist, anesthesiologists, emergency department physicians, and radiologists. All of these physicians are independent providers and are not hospital employees or agents of the hospital. By signing this agreement I agree and acknowledge that the hospital is not responsible for the judgment or conduct of any of these physicians who treat or provide professional services to me. My attending physician may direct that my care, while hospitalized, be controlled and directed by a hospitalist or intensivist physicians, or other specialist, and such. Hospitalist, intensivist or specialist may be employed by Kadlec Regional Medical Associates or Kadlec Clinic; however no physicians are employed by or agents of the hospital.

**CARE PROVIDED:** The practice of medicine is not an exact science and guarantees or promises cannot be made as to the result(s) of care, treatment, testing, surgical intervention or other examinations in the hospital.

**NURSING CARE:** Requirements for nursing care are determined on the basis of patient demonstrated needs, appropriate nursing intervention, and priority of care.

**STUDENTS:** The hospital provides an education site for students from various healthcare specialties. These activities are provided within regulatory guidelines and monitored oversight. I have been informed that I have the option to refuse to have a student participate in my care.

**PERSONAL VALUABLES:** The hospital has a safe to store money and small valuables. The hospital is not responsible for personal property unless placed in the safe.

**PHOTOGRAPHY:** Photographs, videotapes, digital or other images may be recorded to document care. The hospital maintains these photographs, videotapes, digital and other images as part of my health record. These images will be stored in a secure manner that will protect a patient's privacy. Release of such images outside the hospital requires written authorization from me or my legal representative.

**RELEASE OF INFORMATION:** I hereby authorize the release of information to insurance company(s), other third party payers, or their agents, or other organizations, as may be necessary for determination of benefit eligibility and payment of claims to the hospital and/or physicians. I further authorize release of information to agents of the hospital and/or physicians such as may be necessary for treatment or to carry out the business of the hospital and/or physicians. Such agents might include hospital insurance carriers, legal representatives and others deemed appropriate.

**AUTHORIZATION OF PAYMENT:** I hereby assign payment of insurance benefits or payment under title XVIII or XIX of the Social Security act, direct to Kadlec Regional Medical Center or to any radiologist, pathologist, anesthesiologist and/or ambulance of any amount payable to me for services provided.

**Financial Assistance:** Kadlec Regional Medical Center offers financial assistance for medically necessary services in our hospitals. I understand I may still qualify even if I have medical insurance. Eligibility is determined based on federal poverty guidelines, family size, and other criteria. I may apply for potential financial assistance prior to service, at the time of service, or at any point in the billing process up to the resolution of the hospital account. This assistance does not necessarily cover services such as care from my doctor, dental care, eyeglasses, lab tests, or prescription drugs. I understand that patient financial advocates are available to assist me with application if needed before, during or after receiving care.



KADLEC REGIONAL MEDICAL CENTER
888 SWIFT BLVD
RICHLAND, WA 99352
(509) 946-4611

PATIENT IDENTIFICATION

**For Medicare Beneficiaries: Statement to Permit Payment of Medicare Benefits to Provider and Patient**
I request payment of authorized Medicare benefits to me or on my behalf for any services furnished me by or in Kadlec Regional Medical Center. I authorize and holder of medical or other information about me to release to Medicare and its agents any information needed to determine these benefits or benefits related services.

I further hereby authorize Kadlec Regional Medical Center to make inquiry to those parties identified for reference purposes to confirm patient's insurance coverage and/or financial responsibility and capacity to pay any charges which may accrue against the patient. I further understand that the patient is financially responsible for any charges not paid by a third party insurer/payer or other sources.

"I acknowledge failure to meet my financial obligations to Kadlec Regional Medical Center may result in the referral of account(s) to professional collection agencies and consent to Kadlec Regional Medical Center or its designees obtaining a copy of my credit report or any other publicly available data related to my ability to pay. I understand that Kadlec Regional Medical Center, its affiliates, agents or designees may contact me using pre-recorded/artificial voice message and/or automatic dialing services at the telephone number I provided Kadlec Regional Medical Center. In the event of any dispute regarding payment, I agree to pay all collection costs and attorneys' fees whether or not a case is filed in court."

Smoking is harmful to your health, and second hand smoke is harmful to those around you. Kadlec Regional Medical Center has adopted a tobacco-free policy and does not allow the use of tobacco in any of its buildings or the surrounding campus. This policy applies to patients, visitors, medical staff and employees. If you smoke or use any tobacco products, you are advised to quit. Quitting on your own can be difficult. You are encouraged to discuss this with your physician or call the Tobacco Quit Line. If you are a nonsmoker don't start, and if you are a former smoker don't start again.

Tobacco Quit Line: 1-877-280-7867; TTY/TDD Users: 1-877-777-6534
Spanish Language Tobacco Quit Line: 1-877-266-3863
Online: QUITLINE.COM

Patients Name:

Birthdate:

Chief Complaint:

**CERTIFICATION BY RESPONSIBLE PARTY:** The undersigned certifies that he/she is the patient, or is duly authorized by the patient as the patient's general agent to execute the above and accept its terms.

The undersigned has read the foregoing agreement, had questions answered and understands the contents and acknowledges receipt of a copy. The undersigned hereby consents to such care, treatment and services provided under the general and specific instructions of the patient's physicians, his assists or designees.

Patient: _____  Date: _____  Time: _____
Patient's Signature

Patient's Agent or Representative Signature, if patient is unable to sign:
_____  Date: _____  Time: _____
Signature

Relationship to Patient: [ ] Parent [ ] Spouse [ ] Child [ ] Sibling [ ] Other _____
If signed by other than the patient or parent, please indicate reason:
[ ] Patient unable to sign (confusion, unconscious, medicated)
[ ] Patient not available to sign due to emergent procedure/diagnostic testing or other medical reason
[ ] other: _____

Witness: _____  Date: _____  Time: _____

Interpreter: _____  Date: _____  Time: _____

#2074                    Page 2 of 2                    1/3/2015