UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PAMELA A. BAUGHER,<br><br>                    Plaintiff,<br><br>    v.<br><br>KADLEC HEALTH SYSTEM dba REGIONAL MEDICAL CENTER,<br><br>                    Defendant. | NO: 4:16-CV-5095-TOR<br><br>ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE |

BEFORE THE COURT is Plaintiff's Voluntary Motion to Dismiss without Prejudice the Complaint (ECF No. 4). This motion was submitted for consideration without oral argument. The Court has reviewed the motion and the record therein, and is fully informed. Because Defendant has neither filed an answer nor moved for summary judgment, Plaintiff has an absolute right to voluntarily dismiss this case. Fed. R. Civ. P. 41(a)(1)(A)(i).

///

///

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 1

1   **ACCORDINGLY, IT IS HEREBY ORDERED**:

2   All claims and causes of action in this matter are **DISMISSED** without

3   prejudice.

4   The District Court Executive is hereby directed to enter this Order, furnish

5   copies to the parties, and **CLOSE** the file.

6   **DATED** July 22, 2016.



THOMAS O. RICE
Chief United States District Judge

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 2