UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PAMELA A. BAUGHER,<br><br>                    Plaintiff,<br><br>         v.<br><br>KADLEC HEALTH SYSTEM dba REGIONAL MEDICAL CENTER,<br><br>                    Defendant. | NO: 4:16-CV-5095-TOR<br><br>ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE |

BEFORE THE COURT are Plaintiff's Voluntary Motion to Dismiss without Prejudice (ECF No. 98) and Defendant Kadlec Health System's Motion to Expedite (ECF No. 99). These motions were submitted for consideration without oral argument. The Court has reviewed the motions and the record therein, and is fully informed. For good cause shown, Defendant's Motion (ECF No. 99) is **GRANTED**. Pursuant to Fed. R. Civ. P. 41(a)(2), the Court may dismiss an action at plaintiff's request.

//

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 1

Case 4:16-cv-05095-TOR    Document 100    Filed 03/10/17

**ACCORDINGLY, IT IS HEREBY ORDERED**:

Plaintiff's Voluntary Motion to Dismiss without Prejudice (ECF No. 98) and Defendant's Motion to Expedite (ECF No. 99) are **GRANTED**. All claims and causes of action in this matter are **DISMISSED** without prejudice. The deadlines, hearings and trial date are **VACATED.** Each party to bear its own costs and expenses.

The District Court Executive is hereby directed to enter this Order, furnish copies to the parties, and **CLOSE** the file.

**DATED** March 10, 2017.



THOMAS O. RICE
Chief United States District Judge